UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONROY J. HAYES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. SPENCER, et al.,<br><br>　　　　　Defendants. | No.  2:20-cv-0680 DB P<br><br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  On screening, this court found plaintiff stated a cognizable Eighth Amendment excessive force claim against defendant Spencer.  (ECF No. 5.)  This court further found plaintiff failed to state cognizable claims against the remaining defendants.  Plaintiff was given the option of proceeding on his Eighth Amendment claim against Spencer or amending his complaint.  In a document filed here on May 7, 2020, plaintiff informed the court that he wishes to proceed against defendant Spencer.  Plaintiff further stated that he recognized the remaining defendants would be dismissed from this action.  (ECF No. 8.)  Accordingly, this court recommends dismissal of the remaining defendants.

　　　For the foregoing reasons, the Clerk of the Court IS HEREBY ORDERED to randomly assign a district judge to this case; and

////

IT IS RECOMMENDED that defendants M. Burkhart, S. Fonte, and J. Giottonini be dismissed from this action.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 11, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/haye0680.scrn fr