IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONROY J. HAYES,** | Case No. 2:20-cv-00680 KJM DB (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **M. SPENCER,** | |
| Defendant. | |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendant's request for an extension of time continuing the settlement conference until November 2020, is DENIED without prejudice as the Court has been advised that plaintiff's place of incarceration is able to accommodate a Zoom settlement conference. Should Defendant become aware of additional information that suggests that the Court should consider rescheduling the settlement conference, Defendant should submit a new request with additional information.

Dated:  September 11, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE